NOTE COMPLETE CASE NUMBER

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONTEL PRODUCTS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BROWNSTONE RESOURCES, LLC; MODERN LIFE TREND ; & JOHN/JANE DOE 1-10,<br><br>Defendants. | Case No. 8:21-cv-01359JVS(DFMx)<br><br>**STIPULATED PRELIMINARY INJUNCTION ORDER** |

Defendants and each of their agents, servants, employees, attorneys, and any other persons who are in active concert or participation with any of them are prohibited from:

   a. Selling, advertising, soliciting the sale of, or otherwise engaging in the sale or prospective sale of any of the Defendants' air cooler products, including those offered for sale of sold under the names Arctic Air, Arctic Air Chillbox, Portable AC V3, Chillbox Ultra Products.

   b. Using Ontel's trademarks, including but not limited to any of the trademarks identified below, in connection with the production, sale, importation, offering for sale, or advertising of any products, including portable air cooler products:

     i.    Arctic Air – Reg. No. 616188

     ii.   Arctic Air – Reg. No. 5814181

c. Using Ontel's copyrights, including but not limited to any of the copyrights identified below, in connection with the production, sale, importation, offering for sale, or advertising of any products, including portable air cooler products:

     i.    Arctic Air Ultra Packaging – VA 2-149-866

     ii.   Arctic Air Ultra Manual – TX 8-922-730

d. Using Ontel's patents, including but not limited to any of the patents identified below, in connection with the production, sale, importation, offering for sale, or advertising of any products, including portable air cooler products:

     i.    Arctic Air Ultra Design Patent – U.S. Patent No. D852,340

     ii.   Arctic Air Ultra Utility Patent – U.S. Patent No. 10,712,029

e. Engaging in any action to pass off non-genuine Ontel products or product offerings as genuine Ontel products.

f. Engaging in further actions to interfere with Ontel's rights in its marks or in damaging Ontel's goodwill or reputation.

g. Operating or continuing to operate the following websites, or any other site(s) containing content and/or offering for sale or selling products, including portable air cooler products, if the website contains any products infringing on Ontel's intellectual property rights

     i.    https://topchillbox.com

     ii.   https://modernlifetrend.com/product-26.php

     iii.  www.buy-chillbox.com

     iv.  https://chillboxportableac.com

     v.   https://Chillboxportableac.org

     vi.  https://chillboxportableac.net

   vii. www.chillbox-official.com
   viii. https://chillboxairconditioner.com
   ix. https://chillboxairconditioner.net
   x. https://buybreezebox.com/dead/
   xi. https://www.buyinstafrost.com/dead/
   xii. buyheatstop.com
   xiii. https://topchillbox.com/dead/
   xiv. primechillbox.com
   xv. https://getchillbox.com/dead/
   xvi. https://topbreezebox.com/dead/
   xvii. https://www.buyinstafrost.com/dead
   xviii. https://topinstafreeze.com
   xix. blastauxillaryportableacmax.com
   xx. shopchillbox.com
   xxi. buyinstafreeze.com
   xxii. topinstafreeze.com
   xxiii. primebreezebox.com

h. To the extent Defendants own, control, or operate a website or the associated domain name, Defendants shall immediately and permanently take down any such website, including but not limited to the above websites, which contain any unlawful depiction, description, or advertisement of product that infringes the intellectual property owned by Ontel and asserted in the present action.

i. Defendant shall also preserve all existing inventory that contains Defendants' Arctic Air trademarks or copyrighted materials, as well as all records of sales, invoices, or communication relating to the sale of such products or otherwise Infringing Goods, signed by an authorized representative of the Company;

j.  Defendants, within fifteen (15) days of entry of this Stipulation, shall provide Ontel with an accounting of all sales of products sold under the Arctic Air, Arctic Air Chillbox, Portable AC V3, and/or Chillbox Ultra Products brand.

Order to Show Cause set for September 13, 2021 at 1:30 p.m. is VACATED.

IT IS SO ORDERED.

Dated: August 30, 2021

_____
James V. Selna
United States District Judge

4843-0846-4888 v2 [64944-2110]