**JS-6**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONTEL PRODUCTS CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>BROWNSTONE RESOURCES, LLC; MODERN LIFE TREND ; & JOHN/JANE DOE 1-10,<br><br>    Defendants. | Case No. 8:21-cv-01359-JVS-DFM<br><br>**ORDER OF DISMISSAL** |

On Stipulation of the Parties and for good cause shown, IT IS HEREBY ORDERED that this is action is dismissed with prejudice as to all claims and causes of action against Brownstone Resources, LLC and Modern Life Trend and dismissed without prejudice as to John/Jane Doe 1-10, each party to bear their own attorney's fees and costs.

IT IS FURTHER ORDERED that the Preliminary Injunction is dissolved.

IT IS FURTHER ORDERED that the Court shall maintain jurisdiction to enforce the terms of the Settlement Agreement.

**IT IS SO ORDERED**.

DATED: 5/23/22

_____
Judge James V Selna